UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VINCENZO OPPEDISANO,                          :
                   Plaintiff,               :
                                :       **<u>ORDER</u>**       11/21/22
v.                                                            :
                                :       20 CV 5395 (VB)
LYNDA ZUR,                                        :
                 Defendant.              :
-----------------------------------------------------------x

As discussed at a conference held today, at which plaintiff's counsel appeared in person and defense counsel appeared via telephone, it is HEREBY ORDERED:

1.     By **<u>December 2, 2022</u>**, defendant shall file a pre-motion conference letter in accordance with Paragraph 2.B.ii of Judge Briccetti's Individual Practices.

2.     By **<u>December 16, 2022</u>**, plaintiff shall file one letter, in accordance with Paragraph 2.B.ii of Judge Briccetti's Individual Practices, which shall serve as both (i) a pre-motion conference letter, and (ii) a response to defendant's pre-motion conference letter.

3.     By **<u>December 23, 2022</u>**, defendant shall file a response to plaintiff's pre-motion conference letter in accordance with Paragraph 2.B.ii of Judge Briccetti's Individual Practices. Defendant's response shall only address the arguments made in support of plaintiff's contemplated motion.

4.     A pre-motion conference is scheduled for **<u>January 12, 2023, at 2:30 p.m.</u>**, in Courtroom 620 at the White Plains courthouse.

Dated:  November 21, 2022
       White Plains, NY

                               SO ORDERED:

                                Vincent L. Briccetti
                                United States District Judge