UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENZO OPPEDISANO,

          Plaintiff,

v.

LYNDA ZUR,

          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 5395 (VB)

       The Court agrees with counsel, as expressed in their joint letter dated February 13, 2023 (Doc. #97), that the settlement of this case will require a frank "dollars-and-cents" settlement dialogue between Mr. Oppedisano and Ms. Zur, notwithstanding their personal feelings toward each other. Accordingly, counsel's joint request to require the parties to appear in person at a settlement conference is GRANTED.

       By separate Order of Reference, this case will be referred to Magistrate Judge Andrew E. Krause for a settlement conference. The settlement conference will be conducted in person at the White Plains Courthouse, at a date and time to be set by Judge Krause. **To be clear, both plaintiff and defendant are ordered to attend the settlement conference in person.**

       To give the parties a reasonable opportunity to focus their efforts on settling the case, the briefing schedule set forth in the Court's Order dated January 12, 2023 (Doc. #94), is modified as follows:

       1.     By **May 15, 2023**, defendant shall file her motion for summary judgment.

       2.     By **June 15, 2023**, plaintiff shall file his motion for summary judgment and his opposition to defendant's motion for summary judgment.

       3.     By **July 14, 2023**, defendant shall file her reply in support of her motion for summary judgment and her opposition to plaintiff's motion for summary judgment.

       4.     By **July 28, 2023**, plaintiff shall file his reply in support of his motion for summary judgment.

Dated: February 13, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge