UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENZO OPPEDISANO,
            Plaintiff,

v.

LYNDA ZUR,
            Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 5395 (VB)

3/17/23

      For the reasons stated at a conference held on the record yesterday, attended by counsel for both parties, it is HEREBY ORDERED:

    1.    The Court construed defendant's pre-motion conference letter (Doc. #101), as a motion to enjoin plaintiff from continuing to prosecute the lawsuit he filed in the Southern District of Florida, Oppedisano v. Myles et al., 22cv62449 (RKA) (S.D. Fla. filed on Dec. 30, 2022), and DENIED the motion.

    2.    Defendant's motion for summary judgment is DENIED WITHOUT PREUDICE. (Doc. #105).

    3.    The summary judgment briefing schedule set forth in the Court's Order dated February 13, 2023 (Doc. #98), remains in effect.

    4.    The parties are directed to discuss settlement in good faith.

    The Clerk is instructed to terminate the motions. (Docs. ##101, 105).

Dated: March 17, 2023
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge