UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENZO OPPEDISANO,
                    Plaintiff,

v.                                       **ORDER**

LYNDA ZUR,                              20 CV 5395 (VB)

                    Defendants.
--------------------------------------------------------------x

       As discussed at a telephone conference held today, attended by counsel for both parties, it is HEREBY ORDERED:

       1.     By May 3, 2024, the parties shall file a joint letter regarding the status of settlement discussions, including whether referral to the Court-annexed Mediation Program or a Magistrate Judge for a settlement conference would be helpful.

       2.     By July 15, 2024, the parties shall submit a Joint Pretrial Order, which shall comply with both Federal Rule of Civil Procedure 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

       3.     By August 30, 2024, the parties shall submit proposed voir dire, any motions in limine, joint requests to charge, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions shall include both the text of any requested instruction and a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

       4.     By September 13, 2024, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

       5.     A final pre-trial conference will be held on October 1, 2024, at 2:30 p.m.

       6.     Jury selection and trial are scheduled to begin on October 7, 2024, at 9:30 a.m.

Dated: April 4, 2024
       White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge