UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
Vincenzo Oppedisano,                  :
                                      :
                                      :        20 CV 5395 (LAP)
                    Plaintiff(s),     :
                                      :            **ORDER**
          -against-                   :
                                      :
Lynda Zur,                            :
                                      :
                    Defendant(s).     :
                                      :
--------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

          Counsel shall confer and inform Judge Preska by letter

no later than July 16, 2024 of the status of the action/remaining

claims/defendants.


SO ORDERED.


                              _____
                              LORETTA A. PRESKA,

                              Senior U.S.D.J.



Dated: July 9, 2024

New York, New York