UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENZO OPPEDISANO,

                Plaintiff,

 -against-

LYNDA ZUR,

                Defendant.

No. 20 CV 5395 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

On April 4, 2024, Judge Briccetti entered a pretrial scheduling order, establishing certain pretrial deadlines and setting trial to begin on October 7, 2024 at 9:30 a.m. (Dkt. no. 149.) Given scheduling conflicts for the Court, the pretrial scheduling order is amended as follows:

- The parties shall submit requests to charge, proposed voir dire questions, any motions in limine, a joint verdict form, and any pretrial memoranda by **November 1, 2024**. (See Individual Practice 3.B.)

- A final pretrial conference will be held on **November 6, 2024 at 10:00 a.m.**

- Jury selection and trial are scheduled to begin on **November 18, 2024 at 9:30 a.m.**

**SO ORDERED.**

Dated:    July 17, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge