**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VINCENZO OPPEDISANO,

           Plaintiff,

-against-                                        20 **CIVIL** 5395 (LAP)

                                                                     **JUDGMENT**

LYNDA ZUR,

           Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 24, 2024, Plaintiff's letter-motion for leave to dismiss with prejudice the only remaining claim, (dkt. no. 169), is GRANTED. Because there are no remaining claims before the Court, judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:**  New York, New York

        October 24, 2024

                                                                  **DANIEL ORTIZ**
                                                                   **Acting Clerk of Court**

                                       **BY:**  *K. Mango*

                                                                    **Deputy Clerk**